# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Kaliste Joseph Saloom, III
Saloom & Saloom
Post Office Drawer 2999
Lafayette LA 70502-2999

**REHEARING ACTION: June 13, 2012**

**Docket Number: 11   01423-CA consolidated with 1,421-CA & 1,423-CA**

**FAYE DEKERLEGAND CHIASSON
VERSUS
JESSIE P. CHIASSON, ET AL.**

**Appealed from Lafayette Parish Case No. P-20083836 C/W P-20020706, C/W P-20070155**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir
    Hon. Jimmie C. Peters
    Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jessie P. Chiasson, et al** has this day been

    **DENIED.**

cc: Bruce Achille Gaudin, Counsel for the Appellant